IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARIO DEMOND PHILLIPS, # 256930, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:13cv159-TMH |
| ) | (WO) |
| FRANK ALBRIGHT, *et al.* ) | |
| ) | |
| Respondents. ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On March 20, 2013 (Doc. No. 4), upon finding that Petitioner was able to pay the applicable filing fee in this action for habeas corpus relief under 28 U.S.C. § 2241, the court entered an order directing Petitioner to submit the $5.00 filing fee on or before April 3, 2013. Petitioner was specifically cautioned that his failure to comply with the court's March 20 order would result in a recommendation that his case be dismissed.  *See* Doc. No. 4 at 1-2. The requisite time has passed, and Petitioner has failed to submit the filing fee and has filed nothing else in response to the court's order.  Consequently, the court concludes that dismissal of this case is appropriate for Petitioner's failure to pay the filing fee.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Petitioner's failure to pay the $5.00 filing fee in compliance with this court's order.

It is further

ORDERED that on or before **May 13, 2013**, the parties may file objections to the

Recommendation. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982). *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 29th day of April, 2013.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE