IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARIO DEMOND PHILLIPS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:13-cv-159-TMH-TFM |
| ) | [wo] |
| FRANK ALBRIGHT AND LUTHER ) | |
| STRANGE, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

On April 29, 2013, the Magistrate Judge filed a Recommendation in this case dismissing the petition for habeas corpus relief filed in this action pursuant to 28 U.S.C.§ 2241.  (Doc. 5).  No objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice for Plaintiff's failure to pay the $5.00 filing fee in compliance with this court's order.

Done this the 19th day of June, 2013.

    /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE